Certificate Number: 17082-PAW-DE-035342680

Bankruptcy Case Number: 21-10048



17082-PAW-DE-035342680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2021, at 10:45 o'clock AM MST, SEAN E MCGRATH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 7, 2021           By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director