# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 21-10048** |
| **Sean E. McGrath** | **Chapter 13** |
| | **Judge Thomas P. Agresti** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Sean E. McGrath** | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
Contact email is amps@manleydeas.com

21-003112_KKC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 21-10048** |
| **Sean E. McGrath** : | **Chapter 13** |
| : | **Judge Thomas P. Agresti** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Sean E. McGrath** : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 9, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Rebeka Seelinger, Attorney for Sean E. McGrath, rebeka@seelingerlaw.com

Service by First-Class Mail:
Sean E. McGrath, 3626 Harvard Road, Erie, PA  16508

Sean E. McGrath, 3626 Harvard Rd, Erie, PA  16508


EXECUTED ON: March 9, 2021

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address

21-003112_KKC

614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

21-003112_KKC