### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 21-10048-TPA** |
| | : | |
| **Sean E. McGrath** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. N/A** |
| | : | |
| **PNC Bank, N.A.** | : | |
| *Movant* | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Sean E. McGrath and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **PNC Bank, N.A., (No claim filed)** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $125.21 effective 03/23/2021.

Dated: March 11, 2021

By  /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com