IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10048-TPA |
|    Sean E. McGrath | : | |
|       Debtor | : | |
| | : | Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Financing | : | |
|       Movant | : | |
| | : | Related to Claim No. 7 |
|    v. | : | |
| | : | |
| Sean E. McGrath and | : | Document No. |
| Ronda J. Winnecour Esq., Chapter 13 Trustee, | : | |
|       Respondents | : | |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by NewRez LLC d/b/a Shellpoint Mortgage Financing at <u>Claim No. 7</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $717.62, effective 4/01/2022.

Dated: <u>March 17, 2022</u>

<u>/s/ Rebeka A. Seelinger</u>
Rebeka A. Seelinger, Esquire
Seelinger Law Corporation
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com
