**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
SEAN E. MCGRATH                                               Case No. 21-10048JCM

              Debtor(s)                                       Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

              Movant                                          Document No __
       vs.
US DEPARTMENT OF EDUCATION++

         Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED AS UNDELIVERABLE. NO CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN FILED.

US DEPARTMENT OF EDUCATION++                    Court claim# 2/Trustee CID# 7
C/O FEDLOAN SERVICING
PO BOX 790234
ST LOUIS, MO 63179

The Movant further certifies that on 12/05/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>SEAN E. MCGRATH, 3626 HARVARD ROAD ERIE, PA 16508 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA 16505 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO 63179 | :<br>US DEPARTMENT OF EDUCATION**++, C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| NEW CREDITOR: | |